UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ASHLEY HENDRICKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ALBANY POLICE DEPARTMENT, )<br>CPL. JOHN HALL, )<br>FLOYD COUNTY PROSECUTOR'S )<br>OFFICE, )<br>KEITH HENDERSON, )<br>and )<br>ED ADAMS, )<br>)<br>Defendants. ) | 4:08-cv-180-TWP-WGH |

**ORDER ON MOTION TO QUASH SUBPOENA**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Motion to Quash Subpoena filed by plaintiff on July 30, 2010. (Docket No. 77). The Magistrate Judge conducted a telephonic hearing on the motion at 2:00 p.m., on August 5, 2010, at which all parties were represented by counsel.

The Magistrate Judge, being duly advised, now **DENIES** the Motion to Quash Subpoena. The Magistrate Judge finds that the Subpoena is limited to a personnel file only and does not require a member of the employer to testify in any regard. The personnel file concerns employment obtained by plaintiff after the incidents which are alleged to have occurred in the Complaint. Evidence from her personnel file will be relevant to show whether plaintiff has exhibited instances of emotional distress, and whether there are any other aspects of her life through her

-2-

employment that might also cause additional emotional distress. In addition, applications for employment may include admissions of plaintiff concerning her ability to perform work functions that are relevant to her general condition, even though she does not seek recovery for lost income in the future.

Because plaintiff has placed her emotional state at issue in this case, the review of her personnel file is not unduly oppressive. Therefore, the Motion to Quash Subpoena is **DENIED.**

**SO ORDERED.**

**Dated:** August 11, 2010

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@k-glaw.com

Stacy K. Newton
RUDOLPH FINE PORTER & JOHNSON
skh@rfpj.com

Ross E. Rudolph
RUDOLPH FINE PORTER & JOHNSON
rer@rfpj.com

Nicholas F. Stein
nick@nicksteinlaw.com

Cory Christian Voight
INDIANA OFFICE OF THE
  ATTORNEY GENERAL
cory.voight@atg.in.gov

Amy R. Wheatley
LAW OFFICE OF NICHOLAS STEIN
amy@nicksteinlaw.com

Lynne Denise Hammer
OFFICE OF THE INDIANA
  ATTORNEY GENERAL
Lynne.Hammer@atg.in.gov